```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
FITZPATRICK, et al.                                     ORDER OF DISMISSAL
            Plaintiffs,                                 FOR FAILURE TO
    -v-                                                 PROSECUTE
                                                        CV-04-941(TCP)


DOE, et al.
            Defendants.
----------------------------------------------------X
```

    IT IS HEREBY ORDERED that the above entitled matter be dismissed for failure to prosecute.  There having been no activity in this case since November 28, 2005 and there was no response to Magistrate Judge Wall's request for a written status report filed on June 14, 2006.

    IT IS FURTHER ORDERED that a copy of this Order be mailed to counsel for all sides and the Clerk of the Court is directed to mark the case closed.


                                                                      /s/
                                                          Thomas C. Platt
                                                          U.S. District Judge


Dated: Central Islip, NY
        August 29, 2006